| Case | Number | Date | Judge | Disposition |
|---|---|---|---|---|
| Le Gia Hoang v. State | 22A01–1610–CR–2329 | 04/18/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Kohne v. State | 01A02–1608–CR–1973 | 04/18/2017 | ROBB, J. | Reversed and Remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Wyatt v. State | 84A01–1609–CR–2219 | 04/18/2017 | ROBB, J. | Affirmed in part, Reversed and Remanded in part |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| I.K., Matter of | 49A02–1610–JC–2413 | 04/18/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| H.K. v. S.C. | 49A04–1606–PO–1466 | 04/18/2017 | BARNES, J. | Remanded with instructions |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Rohrman Automotive Group v. Pratico | 02A03–1604–SC–850 | 04/19/2017 | BROWN, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Madison County Board of Commissioners v. American Federation of State County | 33A01–1609–PL–2136 | 04/19/2017 | FRIEDLANDER, Sr.J. | Affirmed and Remanded |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Myer v. Myer | 71A04–1604–DR–719 | 04/19/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Cook v. State | 49A05–1609–CR–2153 | 04/19/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Mitchell v. State | 36A01–1605–CR–1051 | 04/19/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |